CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
621Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Juan Manuel Padilla

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE MANUEL PADILLA,<br>Defendant. | Case No. 2:26-CR-00034-DC<br><br>**DEFENDANT JUAN MANUEL PADILLA'S REQUEST TO CONTINUE ARRAIGNMENT ON SUPERSEDING INDICTMENT**<br><br>Date: September 28, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Chi Soo Kim |

Defendant Juan Manuel Padilla, through undersigned counsel, respectfully requests that his arraignment on the Superseding Indictment, presently set for Monday, September 28, 2026, be continued to Tuesday, September 29, 2026.

The Superseding Indictment was filed on September 25, 2026. Counsel for defendant Padilla has an appearance in Riverside County on September 28, 2026, and cannot appear for defendant Padilla's arraignment on that date. The government does not object to the requested continuance and agrees that Mr. Padilla may be arraigned on Tuesday, September 29, 2026.

Accordingly, Mr. Padilla respectfully requests that the Court continue his arraignment from September 28, 2026, to September 29, 2026.

Dated: September 25, 2026

Respectfully submitted,

CANDICE FIELDS LAW, PC

/s/ Candice L. Fields
CANDICE L. FIELDS
Attorney for Defendant Juan Manuel Padilla

**~~[PROPOSED]~~ ORDER**

Upon Defendant Juan Manuel Padilla's request, and good cause appearing, IT IS HEREBY ORDERED that Defendant's arraignment on the Superseding Indictment, presently set for September 28, 2026, is continued to September 29, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated: _September 28, 2026_____

THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE