CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
621Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Juan Manuel Padilla

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN MANUEL PADILLA,<br>Defendant. | Case No. 2:26-CR-00034-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date: November 13, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Juan Manuel Padilla, by and through their respective counsel of record, hereby stipulate as follows:

1. Defendant Padilla was arraigned on the Superseding Indictment on September 29, 2026.

2. At that time, the parties intended to vacate the status conference currently set to occur on November 13, 2026, and to reset the status conference to occur on December 12, 2026, along with the status hearing already set for all other co-defendants in this matter.

3. By this stipulation, the parties move to continue the status conference regarding to December 12, 2026, and to exclude time between November 13, 2026, and the continued hearing date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

4. The parties agree and stipulate, and request that the Court find, as follows:

a. The government has produced limted initial discovery in this matter.

b. Defense counsel requires additional time to review and analyze the discovery, identify the evidence relevant to their client, investigate the charges and the alleged roles of each defendant, and consult with their client concerning the evidence and potential defenses.

c. Counsel for defendant believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendants in a trial within the time prescribed by the Speedy Trial Act.

f. For purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period from November 13, 2026, through December 12, 2026, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. The exclusion results from a continuance requested by defendants and supported by the Court's finding that the ends of justice served by the continuance outweigh the interests of the public and the defendants in a speedy trial.

4. Nothing in this stipulation or the resulting order shall preclude a finding that other provisions of the Speedy Trial Act require or permit the exclusion of additional periods of time.

IT IS SO STIPULATED.

Dated: November 9, 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
JUAN MANUEL PADILLA

Dated: November 9, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, as to Juan Manuel Padilla, the court, having received, read and considered the parties' stipulation filed on November 9, 2026 (Doc. No. 52), and good cause appearing therefrom, APPROVES, *as modified,* the parties' stipulation. Accordingly, the Status Conference set for November 13, 2026, is VACATED and RESET for December 11, 2026 (opposed to the requested date of December 12, 2026) at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 13, 2026, and December 11, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 10, 2026**

Dena Coggins
United States District Judge